**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7620**

BRANDON JENNINGS,

        Plaintiff - Appellant,

    v.

R. HUDGINS, Warden; P. ADAMS, Warden; P. MCKONE, Commissary/Trust Fund Officer; MASCOLA, Case Manager; L. T. CRUZE, SIS Lieutenant; JORGE, F-2 Counselor; DR. SEYMOUR, Psych; YANASH, F-2 Case Manager,

        Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. John Preston Bailey, District Judge. (1:21-cv-00090-JPB-JPM)

Submitted: March 24, 2022                    Decided: March 29, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brandon Marquis Jennings, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Marquis Jennings appeals the district court's order dismissing his complaint without prejudice after he failed to pay the initial partial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jennings v. Hudgins*, No. 1:21-cv-00090-JPB-JPM (N.D.W. Va. Nov. 5, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*